

# Missouri Court of Appeals
## Southern District

## FEBRUARY 18, 2016

THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b).

1.  Case No.  SD33368

    Re:   JIMMY KENT RIGGINS,
          Petitioner-Respondent,
          v.
          DIRECTOR OF REVENUE,
          Respondent-Appellant.